# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Salcedo,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | No. CV-20-00344-TUC-RCC (LCK)<br><br>**ORDER** |

　　　　On January 3, 2022, Magistrate Judge Lynnette C. Kimmins issued a Report and Recommendation ("R&R") in which she recommended the Court remand this matter to the ALJ for a new hearing and further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 29.) The R&R notified the parties that they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

　　　　Where neither party objects to a Magistrate Judge's Report and Recommendation, the District Court is not required to review the Magistrate Judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute guiding review "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

　　　　In this matter, the Court has reviewed and considered the Complaint, Answer, Opening, Response, and Reply Briefs, and the R&R. The Court finds that the R&R is well-reasoned and agrees with the conclusions reached by Judge Kimmins.

///

Accordingly, **IT IS ORDERED:**

1. The R&R is **ADOPTED.** (Doc. 29.)
2. The final decision by the Commissioner of Social Security is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).
3. The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 9th day of February, 2022.

_____
Honorable Raner C. Collins
Senior United States District Judge